UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARACELI R. BARRIOS,                    )    NO. CV 07-04988-MAN
                                       )
                Plaintiff,             )
                                       )    JUDGMENT
        v.                             )
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
                Defendant.             )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,

        It IS HEREBY ADJUDGED that the decision of the Commissioner of the
Social Security Administration is reversed and the matter is remanded
for the immediate calculation and payment of benefits in accordance with
the Memorandum Opinion and Order filed concurrently herewith.


DATED: February 17, 2009

                                            /s/
                                      MARGARET A. NAGLE
                              UNITED STATES MAGISTRATE JUDGE